It is not necessarily a Batson violation for a party not to be able to give race-neutral reasons for every peremptory strike made by that party. See Bui v. State, 627 So.2d 855
(Ala. 1992); In re DeMunn, 627 So.2d 1010 (Ala. 1992). The trial court's inquiry and the reviewing court's inquiry should "focus solely upon the 'propriety of the ultimate finding of discrimination vel non.' " Huntley v. State, 627 So.2d 1013,1016 (Ala. 1992), quoting United States v. Forbes,816 F.2d 1006, 1010 (5th Cir. 1987). However, a party's being unable to give race-neutral reasons for a particular strike is different from an established single instance of purposeful racial discrimination in the use of peremptory strikes.